**Entered on Docket
September 29, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
10-71808

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-16714-bam |
|---|---|
| Robert M. Snyder and Joy B. Snyder | Date: 9/21/2010<br>Time: 1:30 pm |
| Debtors | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

property, generally described as 3138 Redwood Street, Las Vegas, NV 89146, and legally described as follows:

> THE NORTH 100 FEET OF THE SOUTH 200 FEET OF THE NORTH HALF (N 1/2) OF GOVERNMENT LOT 108 IN THE SOUTHEAST QUARTER (SE 1/4) OF THE SOUTHWEST QUARTER (SW 1/4) OF SECTION 11, TOWNSHIP 21 SOUTH, RANGE 60 EAST, M.D.B. & M. EXCEPT THE EAST 100.01 FEET THEREOF.
> FURTHER EXCEPTING THE WEST 30.00 FEET AS CONVEYED TO CLARK COUNTY BY DEED RECORDED FEBRUARY 7, 1973 IN BOOK 300 AS DOCUMENT NO. 259256, OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By:___/s/Gregory L. Wilde, Esq___
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee

| | |
|---|---|
| 1 | In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one): |
| 2 | _____ The court has waived the requirements set forth in LR 9021(b)(1). |
| 3 | _____ No party appeared at the hearing or filed an objection to the motion. |
| | __x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and |
| 4 | any unrepresented parties who appeared at the hearing, and each has approved or |
| 5 | disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]: |
| 6 | |
| | __x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the |
| 7 | motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order. |
| 8 | Debtor's counsel: |
| 9 | _____ approved the form of this order          _____ disapproved the form of this order |
|   | _____ waived the right to review the order and/or    __x_ failed to respond to the document |
| 10 | _____ appeared at the hearing, waived the right to review the order |
| 11 | _____ matter unopposed, did not appear at the hearing, waived the right to review the order |
|    | Trustee: |
| 12 | _____ approved the form of this order          _____ disapproved the form of this order |
|    | _____ waived the right to review the order and/or    _x___ failed to respond to the document |
| 13 | |
| 14 | _____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all |
| 15 | counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to |
| 16 | respond, as indicated below. |
| 17 | Debtor's counsel: |
| 18 | _____ approved the form of this order          _____ disapproved the form of this order |
|    | _____ waived the right to review the order and/or    _____ failed to respond to the document |
| 19 | _____ appeared at the hearing, waived the right to review the order |
| 20 | _____ matter unopposed, did not appear at the hearing, waived the right to review the order |
|    | Trustee: |
| 21 | |
| 22 | _____ approved the form of this order          _____ disapproved the form of this order |
|    | _____ waived the right to review the order and/or    _____ failed to respond to the document |
| 23 | |
| 24 | _____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection. |
| 25 | |
| 26 | Submitted by:<br>_/s/ Gregory L. Wilde, Esq._<br>Gregory L. Wilde, Esq.<br>Attorney for Secured Creditor |